**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| BEATRICE RIVERA, o/b/o | ) | |
| Minor Child T.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:22-cv-349-TFM-B |
| | ) | |
| ARLINGTON COUNTY DEPARTMENT | ) | |
| OF HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED**

**without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 22nd day of December, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE